# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RITCHEY, DONNA L | § | Case No. 09-71676 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 123,650.00                          Assets Exempt: 22,300.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  16,036.29          Claims Discharged
                                                       Without Payment:  0.00

Total Expenses of Administration:  102,509.07

---

3) Total gross receipts of $ 120,852.42  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,307.06  (see **Exhibit 2**), yielded net receipts of $ 118,545.36  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 102,509.07 | 102,509.07 | 102,509.07 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 15,398.14 | 15,398.14 | 16,036.29 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 117,907.21 | $ 117,907.21 | $ 118,545.36 |

4) This case was originally filed under chapter 7 on 04/27/2009 . The case was pending for 99 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/14/2017                 By: /s/BERNARD J. NATALE
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Products Liability Cause of Action/Pelvic Mesh | 1242-000 | 120,852.42 |
| **TOTAL GROSS RECEIPTS** | | **$120,852.42** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| RITCHEY, DONNA L | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 2,307.06 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 2,307.06** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 7,364.48 | 7,364.48 | 7,364.48 |
| BERNARD J. NATALE | 2200-000 | NA | 9.80 | 9.80 | 9.80 |
| Associated Bank | 2600-000 | NA | 17.43 | 17.43 | 17.43 |
| Court Fees and Expenses | 2990-000 | NA | 1,800.08 | 1,800.08 | 1,800.08 |
| 5% Common Benefit Fund | 2990-002 | NA | 6,024.62 | 6,024.62 | 6,024.62 |
| Court Ordered Medical Lien Reserve Amount | 2990-002 | NA | 30,231.11 | 30,231.11 | 30,231.11 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 4,518.75 | 4,518.75 | 4,518.75 |
| BERNARD J. NATALE LTD | 3120-000 | NA | 39.26 | 39.26 | 39.26 |
| Andrus Wagstaff | 3210-600 | NA | 51,664.41 | 51,664.41 | 51,664.41 |
| Andrus Wagstaff | 3220-610 | NA | 839.13 | 839.13 | 839.13 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 102,509.07 | $ 102,509.07 | $ 102,509.07 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | American Express Centurion Bank | 7100-000 | NA | 1,202.04 | 1,202.04 | 1,202.04 |
| 4 | Discover Bank | 7100-000 | NA | 8,158.60 | 8,158.60 | 8,158.60 |
| 2 | Pyod, Llc As Assignee | 7100-000 | NA | 5,051.82 | 5,051.82 | 5,051.82 |
| 3 | Pyod, Llc As Assignee | 7100-000 | NA | 812.41 | 812.41 | 812.41 |
| 1 | Quantum3 Group LLC as agent for | 7100-000 | NA | 173.27 | 173.27 | 173.27 |
| | American Express Centurion Bank | 7990-000 | NA | NA | NA | 49.82 |
| | Discover Bank | 7990-000 | NA | NA | NA | 338.12 |
| | Pyod, Llc As Assignee | 7990-000 | NA | NA | NA | 243.03 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Quantum3 Group LLC as agent for | 7990-000 | NA | NA | NA | 7.18 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 15,398.14 | $ 15,398.14 | $ 16,036.29 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 09-71676 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | RITCHEY, DONNA L | | | | Date Filed (f) or Converted (c): | 04/27/2009 (f) |
| | | | | | 341(a) Meeting Date: | 05/29/2009 |
| For Period Ending: | 06/13/2017 | | | | Claims Bar Date: | 09/30/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 617 Santa Fe , Freeport IL | 136,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH ON HAND | 50.00 | 50.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT | 100.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS | 2,500.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS AND ART OBJECTS | 500.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 750.00 | 0.00 | | 0.00 | FA |
| 7. JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 8. SPORTS, PHOTOGRAPHIC, & OTHER HOBBY EQUIPMENT | 250.00 | 0.00 | | 0.00 | FA |
| 9. PENSION PLANS AND PROFIT SHARING | Unknown | Unknown | | 0.00 | FA |
| 10. MONTHLY ALIMONY | 400.00 | 0.00 | | 0.00 | FA |
| 11. AUTOMOBILES AND OTHER VEHICLES | 5,000.00 | 2,600.00 | | 0.00 | FA |
| 12. MISC HH TOOLS & IMPLEMENTS | 200.00 | 0.00 | | 0.00 | FA |
| 13. Products Liability Cause of Action/Pelvic Mesh (u) | 122,000.00 | 0.00 | | 120,852.42 | FA |
| 14. MONEY MARKET ACCT CORNERSTONE CU | 0.00 | 0.00 | | 0.00 | FA |
| 15. Jt Chkg Acct w/Mother Francis Ritchey Union Savings | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $267,950.00 | $2,650.00 | | $120,852.42 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRF FILED 4/13/2017

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Per Divorce Decree, the property is to be sold with the Debtor received 60% of the net proceeds) |
| RE PROP # | 9 | -- | 1/2 interest in ex-spouse's pension account per divorce decree |
| RE PROP # | 10 | -- | Receiving until 12/2010 |
| RE PROP # | 11 | -- | 2005 Mercury Montery |
| RE PROP # | 13 | -- | Trustee's Objection to Debtor's Amended Claim of Exemption was granted on 10/19/16 |

Initial Projected Date of Final Report (TFR): 12/31/2017        Current Projected Date of Final Report (TFR): 04/13/2017

Exhibit 8

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-71676 | Trustee Name: | BERNARD J. NATALE |
| --- | --- | --- | --- |
| Case Name: | RITCHEY, DONNA L | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8699 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4257 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 06/13/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/20/17 | | Colorado Layer Trust Account Foundation Andrus Wagstaff 7171 West Alaska Drive Lakewood CO 80226 | Compromise/PI Settlement | | $30,293.07 | | $30,293.07 |
| | | | Gross Receipts $120,852.42 | | | | |
| | | Andrus Wagstaff 7171 West Alaska Dr Lakewood CO 80226 | Special Counsel Expenses ($839.13) | 3220-610 | | | |
| | | Court Fees and Expenses | General Expenses and Claim Administration ($1,800.08) | 2990-000 | | | |
| | | Andrus Wagstaff | Special Counsel Atty Fees ($51,664.41) | 3210-600 | | | |
| | | 5% Common Benefit Fund | Fund that goes to Court from each case ($6,024.62) | 2990-002 | | | |
| | | Court Ordered Medical Lien Reserve Amount | Amount Held Back for O/S Liens - Will Not be Paid to the Estate ($30,231.11) | 2990-002 | | | |
| | 13 | | Products Liability Cause of Action/Pelvic Mesh $120,852.42 | 1242-000 | | | |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.43 | $30,275.64 |
| 05/23/17 | 1101 | BERNARD J. NATALE 1639 N ALPINE RD SUITE 401 EDGEBROOK OFFICE CENTER ROCKFORD, IL 61107 | Distribution | | | $7,374.28 | $22,901.36 |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. ($7,364.48) | 2100-000 | | | |
| | | BERNARD J. NATALE | Trte Exp ($9.80) | 2200-000 | | | |
| 05/23/17 | 1102 | BERNARD J. NATALE LTD 1639 N ALPINE RD SUITE 401 EDGEBROOK OFFICE CENER ROCKFORD, IL 61107 | Distribution | | | $4,558.01 | $18,343.35 |
| | | BERNARD J. NATALE LTD | Atty Fees ($4,518.75) | 3110-000 | | | |

Page Subtotals: $30,293.07 $11,949.72

UST Form 101-7-TDR (10/1/2010) (Page: 9)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 09-71676
Case Name: RITCHEY, DONNA L
Taxpayer ID No: XX-XXX4257
For Period Ending: 06/13/2017

Trustee Name: BERNARD J. NATALE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX8699
Checking
Blanket Bond (per case limit): $3,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | BERNARD J. NATALE LTD | Atty Exp | ($39.26) | 3120-000 | | | |
| 05/23/17 | 1103 | Quantum3 Group LLC as agent for MOMA Funding LLC PO Box 788 Kirkland, WA 98083-0788 | Ref #2688 | | | | $180.45 | $18,162.90 |
| | | | | ($7.18) | 7990-000 | | | |
| | | Quantum3 Group LLC as agent for | Ref #2688 | ($173.27) | 7100-000 | | | |
| 05/23/17 | 1104 | Pyod, Llc As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Distribution | | | | $6,107.26 | $12,055.64 |
| | | | | ($243.03) | 7990-000 | | | |
| | | Pyod, Llc As Assignee | Ref #9930 | ($5,051.82) | 7100-000 | | | |
| | | Pyod, Llc As Assignee | Ref #6313 | ($812.41) | 7100-000 | | | |
| 05/23/17 | 1105 | Discover Bank Discover Products Inc PO Box 3025 New Albany, OH 43054-3025 | Ref #8129 | | | | $8,496.72 | $3,558.92 |
| | | | | ($338.12) | 7990-000 | | | |
| | | Discover Bank | Ref #8129 | ($8,158.60) | 7100-000 | | | |
| 05/23/17 | 1106 | American Express Centurion Bank C/O Becket & Lee LLP P O Box 3001 Malvern, PA 19355-0701 | Ref #3007 | | | | $1,251.86 | $2,307.06 |
| | | | | ($49.82) | 7990-000 | | | |
| | | American Express Centurion Bank | Ref #3007 | ($1,202.04) | 7100-000 | | | |
| 05/23/17 | 1107 | RITCHEY, DONNA L | Distribution of surplus funds to debtor. | | 8200-002 | | $2,307.06 | $0.00 |

Page Subtotals: $0.00  $18,343.35

UST Form 101-7-TDR (10/1/2010) (Page: 10)

Exhibit 9

| | | |
|---|---:|---:|
| COLUMN TOTALS | $30,293.07 | $30,293.07 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $30,293.07 | $30,293.07 |
| Less: Payments to Debtors | $0.00 | $2,307.06 |
| Net | $30,293.07 | $27,986.01 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8699 - Checking | $30,293.07 | $27,986.01 | $0.00 |
|  | $30,293.07 | $27,986.01 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $90,559.35 |
| Total Net Deposits: | $30,293.07 |
| Total Gross Receipts: | $120,852.42 |

Page Subtotals:   $0.00   $0.00